UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**COREY DAVIS,**

    **Petitioner,**

v.             Case No.  5:21-cv-628-CEM-PRL

**WARDEN, FCC COLEMAN - USP I,**

    **Respondent.**
_____/

**ORDER**

  THIS CAUSE is before the Court upon *sua sponte* review. The Court granted Petitioner's Motion for Leave to File an Amended Petition (Doc. 14) requiring him to submit his Amended Petition on or before November 28, 2022. Petitioner failed to comply.

  Accordingly, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice**. The Clerk is directed to close this case.

  **DONE** and **ORDERED** in Orlando, Florida on May 31, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party